UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTIN JAMIE CORONA PARRA,<br><br>Petitioner,<br><br>v.<br><br>R. NDOH,<br><br>Respondent. | Case No.   1:17-cv-1274-AWI-JDP (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PETITION FOR WRIT OF HABEAS CORPUS<br><br>ECF No. 28 |

Petitioner Augustin Jamie Corona Parra, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254.  The court has referred this matter to a magistrate judge under 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 20, 2020, the assigned magistrate judge recommended that the Court deny the habeas petition and decline to issue a certificate of appealability.  ECF No. 28. Petitioner has not objected, and the deadline to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendation are supported by the record and proper analysis, and there is no need to modify the Findings and Recommendation.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued on April 20, 2020, ECF No. 28, are adopted in full;
2. The petition for writ of habeas corpus is denied;
3. The Court declines to issue a certificate of appealability; and
4. The Clerk of Court is directed to enter judgment in favor of respondent and close the case.

IT IS SO ORDERED.

Dated: __June 26, 2020__                                                           
SENIOR DISTRICT JUDGE